John D. REED, Appellant,

v.

PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Appellee.

Supreme Court of Pennsylvania.

Argued Nov. 13, 2001.

Decided Dec. 10, 2001.

David Crowley, Bellefonte, for John D. Reed.

Robert A. Greevy, Harrisburg, Robert N. Campolongo, Morristown, for Pa. Board of Probation and Parole.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Justice SAYLOR dissents.

J.H., Appellee,

v.

STATE ETHICS COMMISSION,
Appellant.

Supreme Court of Pennsylvania.

Argued Nov. 13, 2001.

Decided Dec. 10, 2001.

John Joseph Contino, for State Ethics Commission.

Thomas E. Groshens, J. Shane Creamer, Philadelphia, for J.H.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

Order of the Commonwealth Court reversed. *See Sphere Drake Insurance Company v. Philadelphia Gas Works and Philadelphia Facilities Management Corporation,* 782 A.2d 510 (Pa.2001).